# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY KIMMELMAN,** : | |
| : | |
| Plaintiff, : | 2:21-CV-1142-CDJ |
| : | |
| v. : | |
| : | |
| **SCOTT KRONE,** : | |
| : | |
| Defendant. : | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gary Kimmelman hereby moves for summary judgment on his breach of contract claim (Count I) against Defendant Scott Krone. The grounds for this Motion are set forth in the accompanying Memorandum of Law, Declaration of Gary Kimmelman, and exhibits, all of which are incorporated by reference.

WHEREFORE, Plaintiff respectfully requests that this Court grant summary judgment in his favor, and against Defendant Krone, on Count I of the Complaint.

Respectfully submitted,

Dated: 5-25-21    /s Michael LiPuma

Michael LiPuma, Esq.
Pa. Bar I.D. 74790
325 Chestnut Street, Suite 1109
Philadelphia, PA  19106
(215) 922-2126
mlipuma@lipumalaw.com

## **CERTIFICATE OF SERVICE**

I certify that on 5-25-21, I caused a copy of the foregoing document, together with all supporting papers, to be served by ECF upon the following:

>Stanley Edelstein, Esq.
>Fineman Krekstein & Harris
>1801 Market Street
>Suite 1100
>Philadelphia, PA  19103

>/s Michael LiPuma
>Michael LiPuma, Esq.