### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY KIMMELMAN,** : | |
| : | |
| Plaintiff, : | 2:21-CV-1142-CDJ |
| : | |
| v. : | |
| : | |
| **SCOTT KRONE,** : | |
| : | |
| Defendant. : | |

### ORDER AND JUDGMENT

AND NOW, this _____ day of _____, 2021, this Court having considered Plaintiff Kimmelman's Motion for Summary Judgment; and any response thereto; it is hereby ORDERED that the Motion is GRANTED.

JUDGMENT IS HEREBY ENTERED on Count I of the Complaint, in favor of Plaintiff Gary Kimmelman and against Defendant Scott Krone, in the principal amount of $225,000, plus prejudgment interest of $_____ (representing prejudgment interest at the Pennsylvania statutory interest rate of six percent (6%), running from July 9, 2020 until the date of this Judgment), plus taxable costs against Defendant Krone. Count II of the Complaint, which was pled in the alternative, is hereby DISMISSED WITHOUT PREJUDICE.

_____
Jones, U.S.D.J.