**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY KIMMELMAN, | :  |
|        Plaintiff, | :  2:21-CV-1142-CDJ |
| v. | : |
| SCOTT KRONE, | : |
|        Defendant. | : |

## DECLARATION OF GARY KIMMELMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

GARY KIMMELMAN, of full age, hereby declares and states as follows:

1. On or about September 9, 2019, I loaned Scott Krone the amount of $225,000.

2. The terms of the loan were set forth in the Promissory Note, which is attached as Exhibit A.

3. Shortly before the initial maturity date of March 9, 2020, at Krone's request, I agreed to extend the maturity date of the loan to April 9, 2020.

4. Shortly before the first extended maturity date of April 9, 2020, and again at Krone's request, I agreed to extend the maturity date one final time, for three months, to July 9, 2020.

5. Krone has failed to pay the principal balance due of $225,000 by the extended maturity date of July 9, 2020, or since. I have been damaged by this failure.

6. After the maturity date passed, I repeatedly notified Krone that he was in default. (*see, e.g.,* my August 11, 2020 email, which is attached as Exhibit C, and a copy of my attorney's February 23, 2021 letter, which is attached as Exhibit D).

7. Krone has never cured the default.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2021.

_____
Gary Kimmelman

## CERTIFICATE OF SERVICE

I certify that on 5-25-21, I caused a copy of the foregoing document, together with all supporting papers, to be served by ECF upon the following:

>Stanley Edelstein, Esq.
>Fineman Krekstein & Harris
>1801 Market Street
>Suite 1100
>Philadelphia, PA  19103

>/s Michael LiPuma
>Michael LiPuma, Esq.