# EXHIBIT C

8/11/2020                                                     Juno Message Center



HOME  MAIL  ADDRESS BOOK

Compose Email

**Check Mail**

**Compose Mail**

| Send | Save as Draft | Attach File(s) | Spell Check | Cancel | | Copy t |

Search

To:  Scott Krone <skrone@codamg.com>

Cc:  Robert CL.Young Esq

Subject: Re: Fw: Re: Promissory Note DUE- 2nd mailing

Switch to Plain Te

My Folders

Font Family ▼  Font Sizes ▼  A ▼ A ▼ B *I* U

On July 2, 2020 you were sent a "New Promissory Note" dated July 9th to be executed for payments starting August 9, 2020

On July 22, 2020 a follow up email explaining the new terms and payments due, that you ignored and failed to execute, therefore you are now considered default, and if necessary willing  move forward with the remedies stipulated in section 4 of the note if we can't resolve .

On August 7, 2020  you were contacted by phone related to the previous email that went unanswered and was told " you were not aware of the email, because the situations you have to deal with"   That was an INCREDULOUS statement.

You told me that you would call Monday, when you return to your office to review your emails,  your call never was made and required me to leave several messages and your home and office.

WE DON'T CARE WHAT SITUATIONS YOUR DEALING WITH., NOT OUR PROBLEM,  we gave you an additional 4 months and now willing to granting an additional 6 months with new terms and payments to get your "situations " under control.

The new terms as stated in the New Promissory Note dated July 9, 2020 for a term of only 6 months until January 9, 2021 with monthly payments of $3915.00 and an origination fee of $2250.00

If you sent a payment for the old monthly amount of $3170.00 as you claim,  cancel this check and resubmit the August payment of $6165.00 and   $3915.00 for the months from September thru January 2021.

Interest accrues at $130.50/day and you are now two days in arrears, make payment by August 14th, and we will forgo this amount.

| Send | Save as Draft | Attach File(s) | Spell Check | Cancel | | Copy t |

My Juno         About Ads
My Account      Terms of Service
Our Services    Help

Your Privacy Rights  Do Not Sell My Info

Copyright ©2020 Juno Online Services, Inc.