# EXHIBIT D

## LAW OFFICE OF MICHAEL LiPUMA
CONSTITUTION PLACE, SUITE 1109
325 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA 19106
www.lipumalaw.com

MICHAEL D. LiPUMA, ESQ.
PHONE: 215-922-2126
FAX: 215-922-2128
mlipuma@lipumalaw.com

February 23, 2021

**BY FEDEX**
Scott Krone
631 Lake Avenue
Wilmette, IL 60091

Dear Mr. Krone:

    I am new litigation counsel to Gary Kimmelman. This confirms that, as you have previously been informed, you are in default under that Promissory Note dated September 9, 2019.

    Please direct all future communications in this matter to my attention. I am copying Mr. Bowman here. If he remains your counsel, please have him contact me immediately to discuss this matter.

                                      Sincerely,

                                      Michael D. LiPuma

cc: M. Reas Bowman, Esq.
    Gary Kimmelman