IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY KIMMELMAN | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:21-CV-01142-CDJ |
| | : | |
| SCOTT KRONE | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiff's Motion for Summary judgment and Defendant's response in opposition thereto, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 56(d) the Court will defer decision of the motion pending limited discovery and supplemental submissions by counsel as follows:

Plaintiff shall respond to Defendant's Request for Production of Documents within 30 days of service, with such service to be made no later than June 9, 2021;

Counsel shall jointly notify the Court of the date that Plaintiff produces documents in response to Defendant's Request, and in the event of a dispute over compliance with that Request shall promptly advise the Court and seek further direction.

Counsel shall submit supplemental memoranda, along with separate statements of additional material facts within _____ days of notifying the Court that that Plaintiff has produced documents pursuant to the Request. Counsel shall have 10 days to respond to such supplemental filings.

{01761529;v1}

Nothing herein shall be understood to be an indication as to how the Court will ultimately rule on this motion.

BY THE COURT:

_____

C. Darnell Jones, II, J.

{01761529;v1}