# EXHIBIT A

# Declaration of Scott Krone

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GARY KIMMELMAN | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:21-CV-01142-CDJ |
| | : | |
| SCOTT KRONE | : | |
| Defendant. | : | |
| | : | |

## <u>DECLARATION OF SCOTT KRONE</u>

Scott Krone, being over the age of eighteen and of sound mind and body, makes the

following declaration based on personal knowledge and in opposition to Plaintiff's Motion for

Summary Judgment:

1.     Under the Note that is the subject of this lawsuit, in which I am the borrower and

Gary Kimmelman is lender, I made payments to Gary Kimmelman totaling $51,347.50.

2.     Each document attached hereto as Exhibit 1 is a true and correct copy of a

document that evidences one of those payments, which consist of the following:

        a.   $19,717.50, on or about April 9, 2020, via wire [Exhibit 1, Bates No. 80007];

        b.   $3,170.00, on or about May 4, 2020, via check [Exhibit 1 Bates No.80002];

        c.   $3,170.00, on or about June 3, 2020, via check [Exhibit 1 Bates No. 80003];

        d.   $3,170.00, on or about July 2, 2020, via check [Exhibit 1 Bates No 80004.];

        e.   $3,270.00, on or about September 8, 2020, via wire [Exhibit 1 Bates No. 80009];

        f.   $3,270.00, on or about October 5, 2020, via wire [Exhibit 1 Bates No. 80011];

g.  $3,270.00, on or about October 30, 2020, via wire [Exhibit 1 Bates No. 80013];

h.  $3,270.00, on or about December 7, 2020, via wire [Exhibit 1 Bates No. 80015];

i.  $3,270.00, on or about January 4, 2021, via wire [Exhibit 1 Bates No. 80017];

j.  $3,270.00, on or about February 3, 2021, via wire [Exhibit 1 Bates No. 800019];

k.  Additionally, while not specifically described in Exhibit 1, I made a payment of 2,500.00 to Mr. Kimmelman on or about April 6, 2020, via check [Exhibit 1, Bates No. 80005].

3.      On July 1, 2020, Mr. Kimmelman sent me an email that provided the "Balloon payment plus accrued interest [was now] $228,170.00," without providing detail as to how he determined that amount, and Mr. Kimmelman further stated that he would provide an "[e]xtension for additional 3-6 months…New Promissory Note [sic] will be forwarded." *See* [Exhibit 2 at Bates No. 80022].

4.      I never signed any promissory note other than the Note dated September 9, 2018, which is the Note attached to the Complaint as Exhibit A.

5.      On August 28, 2020, Mr. Kimmelman demanded that I pay $235,080.00 on or before September 9, 2020, "if an extension isn't granted." [Email Chain attached as Exhibit 3 at Bates No. 80040].  Mr. Kimmelman's email goes on to state that "the new monthly payment is $3915.00 USD that started on August 9, 2020 and will continue until January 9, 2021 at which time a balloon payment of $225,000 due [sic]." [*id.* at Bates No. 80040-41]

6.      Then, on September 1, 2020, Mr. Kimmelman again purported to change the terms of the loan, whereby he extended the maturity date to January 9, 2021, and demanded a "[n]ew monthly payment [of] $3270.00 USD." [Exhibit 3 at Bates No. 80036]

7.      On September 4, 2020, Mr. Kimmelman again purported to unilaterally change the loans terms to "[n]ew monthly payment is supposed to be $3670.00 not Mistakenly [sic] written as $3270.00." [Exhibit 3 at Bates No. 80035]

8.      On December 23, 2020, in anticipation of the January 9, 2021 extended maturity date that Mr. Kimmelman had referenced in the previous months, one of my attorneys, M. Reas Bowman, emailed Mr. Kimmelman and his attorney, Robert G. Young, to get a payoff amount for the subject loan. *See* Exhibit 5 [Bates No. 80048].

9.      On December 31, 2020 Mr. Kimmelman sent an email to Mr. Bowman with the Re "payoff request" that said, in part:

> "Any further negotiations will have to include severing all ties of the Payee and Yrgtraders LLC with Coda Holdings/Krone including the Platform II Lawndale project, with a $10,000,000.00 market value and Yragtraders LLC 3.75 equity share."

[Exhibit 5, Bates 80047]

10.     Mr. Kimmelman or his attorney sent a correspondence claiming $572,095.00 as of January 9, 2021, with a $130.50 *per diem* due thereafter. *See* Exhibit 5 at Bates No.80050].

11.     At no time has Mr. Kimmelman provided me with an accurate statement of how the purported balances were calculated or how Plaintiff accounted for the $51,347.50 that I paid to Plaintiff on account of the Note.

{01761481;v1}                Page **3** of 4

Pursuant to 28 U.S.C. §1476 I declare that the foregoing is true to the best of my

knowledge, information and belief.

_____
SCOTT KRONE

Date: _____6.8.21_____

# EXHIBIT 1

# CheckManager *Plus* ™

05/27/21

Account:        *******10987

Name:           CODA DESIGN AND BUILDING
                SCOTT KRONE

Address:

The image shown below represents an official copy of the original document as processed by our institution



001720    05/14/20    30000072050    3170.00

# CheckManager *Plus* ™

05/27/21

Account:        *******0987

Name:           CODA DESIGN AND
                BUILDING SCOTT KRONE

Address:

The image shown below represents an official copy of the original document as processed by our institution



001724     06/10/20     30000102650     3170.00



80003

# CheckManager *Plus* ™

05/27/21

Account:         *****0987
Name:            CODA DESIGN AND BUILDING
                 SCOTT KRONE
Address:

The image shown below represents an official copy of the original document as processed by our institution



001737     07/06/20     30010082120     3170.00



Case 2:21-cv-01142-CDJ    Document 5-3    Filed 06/08/21    Page 10 of 55

**North Shore Community Bank & Trust**
A Branch of Wintrust Bank

Statement of Account XXXXX9563
Page 2 of 4
Statement End Date 04/10/20

## Daily Transaction Activity (cont.)

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-02 | #PREAUTHORIZED DEBIT | | | |
| 04-03 | #INTERNET/PHONE TRSFR | | | |
| 04-06 | #PREAUTHORIZED DEBIT | | | |
| 04-06 | #PREAUTHORIZED DEBIT | | | |
| 04-06 | #PREAUTHORIZED DEBIT | | | |
| .04-06 | #PREAUTHORIZED DEBIT | | 2,500.00 | |
| 04-06 | #PREAUTHORIZED DEBIT | | | |
| 04-07 | #PREAUTHORIZED DEBIT | | | |
| 04-08 | #PREAUTHORIZED CREDIT | | | |
| 04-08 | #TRANSFER DEBIT | | | |
| 04-08 | CHECK 1044 | | | |
| 04-09 | DEPOSIT | | | |
| | | | | |
| 04-10 | ENDING TOTALS | | | |

## Detailed Electronic Transaction Information

| Date | | Additions | Subtractions |
|------|--|-----------|--------------|
| 03-12 | | | |
| 03-13 | | | |
| 03-16 | | | |
| 03-17 | | | |
| 03-17 | | | |
| 03-17 | | | |
| 03-23 | | | |
| 03-23 | | | |
| 03-23 | | | |
| 03-25 | | | |
| 03-26 | | | |
| 04-01 | | | |
| 04-01 | | | |
| 04-02 | | | |
| 04-02 | | | |
| 04-03 | | | |
| 04-06 | | | |

80005

NORTH SHORE COMMUNITY BANK & TRUST
9801 W Higgins, Box 32
Rosemont IL  60018

(803/0000003/380)
Last statement: January 15, 2021
This statement: February 18, 2021
Total days in statement period: 34

Page 1
XXXXXX3091
( 0)

SCOTT KRONE

Direct inquiries to:
(847) 441-2265

North Shore Community Bank & Trust
9801 W Higgins, Box 32
Rosemont IL  60018

## Access Plus Checking

| | |
|---|---|
| Account number | XXXXXX3091 |
| Low balance | |
| Average balance | |
| Interest paid year to date | |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-15 | Beginning balance | | | |
| 02-03 | ' | | | |
| | | | | |
| 02-03 | ' Wire Transfer Out | | -3,270.00 | |
| | WIRE TRANSFER OUT-ACCT#3300003091 | | | |
| | GARY KIMMELMAN | | | |
| | | | | |
| 02-18 | **Ending totals** | | | |

### INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.00% |
| Interest-bearing days | 34 |
| Average balance for APY | |
| Interest earned | $0.00 |

80006

**M. Reas Bowman**

---

**From:**       Scott Krone <skrone@codadb.com>
**Sent:**       Thursday, May 27, 2021 9:49 AM
**To:**         M. Reas Bowman
**Subject:**    Fwd: [Cust Out Wire Advice - eMail] Message ID:200409100223ELA2 Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Thu, Apr 9, 2020 at 11:23 AM
Subject: [Cust Out Wire Advice - eMail] Message ID:200409100223ELA2 Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********0987
for $19,717.50.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  200409100223ELA2

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:     20200409MMQFMP14000381

Originator Bank:

By Order Of:  CODA DESIGN AND BUILDING **********0987
SCOTT KRONE 631 LAKE AVE WILMETTE, IL 60091-1721

Beneficiary: Gary Kimmelman **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

80007

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80008

## M. Reas Bowman

**From:** Scott Krone <skrone@codadb.com>
**Sent:** Thursday, May 27, 2021 9:52 AM
**To:** M. Reas Bowman
**Subject:** Fwd: [Cust Out Wire Advice - eMail] Message ID:200908090321AHA2 Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Tue, Sep 8, 2020 at 9:56 AM
Subject: [Cust Out Wire Advice - eMail] Message ID:200908090321AHA2 Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********0987
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  200908090321AHA2

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:      20200908MMQFMP14000429

Originator Bank:

By Order Of:  CODA DESIGN AND BUILDING **********0987
SCOTT KRONE 631 LAKE AVE WILMETTE, IL 60091-1721

Beneficiary: GARY KIMMELMAN **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80009

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80010

## M. Reas Bowman

| | |
|---|---|
| **From:** | Scott Krone <skrone@codadb.com> |
| **Sent:** | Thursday, May 27, 2021 9:52 AM |
| **To:** | M. Reas Bowman |
| **Subject:** | Fwd: [Cust Out Wire Advice - eMail] Message ID:201005090440MHE4 Advice Code:OTCSADEM |

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Mon, Oct 5, 2020 at 9:15 AM
Subject: [Cust Out Wire Advice - eMail] Message ID:201005090440MHE4 Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********0987
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  201005090440MHE4

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:      20201005MMQFMP14000310

Originator Bank:

By Order Of:  CODA DESIGN AND BUILDING **********0987
SCOTT KRONE 631 LAKE AVE WILMETTE, IL 60091-1721

Beneficiary: GARY KIMMELMAN **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80011

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80012

## M. Reas Bowman

**From:** Scott Krone <skrone@codadb.com>
**Sent:** Thursday, May 27, 2021 9:56 AM
**To:** M. Reas Bowman
**Subject:** Fwd: [Cust Out Wire Advice - eMail] Message ID:201030143813SPAR Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Fri, Oct 30, 2020 at 3:12 PM
Subject: [Cust Out Wire Advice - eMail] Message ID:201030143813SPAR Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********0987
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  201030143813SPAR

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:     20201030MMQFMP14002317

Originator Bank:

By Order Of:  CODA DESIGN AND BUILDING **********0987
SCOTT KRONE 631 LAKE AVE WILMETTE, IL 60091-1721

Beneficiary: Gary Kimmelman **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info: NOVEMBER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80013

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80014

## M. Reas Bowman

**From:**         Scott Krone <skrone@codadb.com>
**Sent:**         Thursday, May 27, 2021 9:55 AM
**To:**            M. Reas Bowman
**Subject:**      Fwd: [Cust Out Wire Advice - eMail] Message ID:201207094020SSTE Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Mon, Dec 7, 2020 at 10:32 AM
Subject: [Cust Out Wire Advice - eMail] Message ID:201207094020SSTE Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********3091
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  201207094020SSTE

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:      20201207MMQFMP14000476

Originator Bank:

By Order Of:  SCOTT KRONE **********3091
SHARON KRONE 631 LAKE AVE WILMETTE,IL 60091-2616

Beneficiary: GARY KIMMELMAN **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info: November
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80015

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80016

**M. Reas Bowman**

**From:**            Scott Krone <skrone@codadb.com>
**Sent:**            Thursday, May 27, 2021 9:55 AM
**To:**              M. Reas Bowman
**Subject:**         Fwd: [Cust Out Wire Advice - eMail] Message ID:210104091256SSTE Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Mon, Jan 4, 2021 at 9:51 AM
Subject: [Cust Out Wire Advice - eMail] Message ID:210104091256SSTE Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********3091
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  210104091256SSTE

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:     20210104MMQFMP14000547

Originator Bank:

By Order Of:  SCOTT KRONE **********3091
SHARON KRONE 631 LAKE AVE WILMETTE,IL 60091-2616

Beneficiary: GARY KIMMELMAN **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info: November
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80017

```
--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the
sender
which is legally privileged. The information is intended only for the use by the direct
addressees
of the original sender of this email. If you are not an intended recipient of the
original sender
(or responsible for delivering the message to such person), you are hereby notified that
any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents
of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work
product
privilege by the transmission of this email. If you have received this email in error,
please
immediately notify the sender and permanently delete any copies of this email (digital or
paper)
in your possession.
```

80018

## M. Reas Bowman

**From:** Scott Krone <skrone@codadb.com>
**Sent:** Thursday, May 27, 2021 9:56 AM
**To:** M. Reas Bowman
**Subject:** Fwd: [Cust Out Wire Advice - eMail] Message ID:210203141427JMCG Advice Code:OTCSADEM

---------- Forwarded message ---------
From: <Wire.room@web-cashplus.com>
Date: Wed, Feb 3, 2021 at 3:28 PM
Subject: [Cust Out Wire Advice - eMail] Message ID:210203141427JMCG Advice Code:OTCSADEM
To: <skrone@codadb.com>

From: WINTRUST BANK Wire Transfer Dept.

In accordance with your instructions, we have DEBITED your account: **********3091
for $3,270.00.

Sender Name & ABA: WINTRUST BANK 071925444
Reference #:  210203141427JMCG

Receiver ABA & Name: 021300077 KEYBANK ALBANY
FED Reference:      20210203MMQFMP14001231

Originator Bank:

By Order Of:  SCOTT KRONE **********3091
SHARON KRONE 631 LAKE AVE WILMETTE,IL 60091-2616

Beneficiary: GARY KIMMELMAN **********3354

Beneficiary Bank:

Intermediary Bank:

Other Bank info:
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
If you have any questions, please contact your local branch.

1

80019

--
Scott Krone
Coda Design + Build
600 Waukegan Road
Suite 129
Northbrook, IL  60062

847.920.9700 ex 1
skrone@codadb.com
www.codadb.com

Design + Build | Sustainability | Consulting | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender
which is legally privileged. The information is intended only for the use by the direct addressees
of the original sender of this email. If you are not an intended recipient of the original sender
(or responsible for delivering the message to such person), you are hereby notified that any review,
disclosure, copying, distribution or the taking of any action in reliance of the contents of and
attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please
immediately notify the sender and permanently delete any copies of this email (digital or paper)
in your possession.

80020

# EXHIBIT 2

80021

# M. Reas Bowman

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Wednesday, June 2, 2021 3:41 PM
**To:** M. Reas Bowman
**Subject:** Fwd: Promissory Note DUE-


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.


---------- Forwarded message ---------
From: **yragtraders@juno.com** <yragtraders@juno.com>
Date: Wed, Jul 1, 2020 at 12:51 PM
Subject: Re: Promissory Note DUE-
To: <skrone@codamg.com>


Scott:

I need an update as to your intentions regarding July 9th payment.

1. Balloon payment plus accrued interest    $228,170.00

2. Extension  for additional 3-6 months      New Promissory Note will be forwarded

I need to know within 48 hrs.

80022

Thanks for your immediate attention to this matter.

Gary Kimmelman

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: "yragtraders@juno.com" <yragtraders@juno.com>
Subject: Re: Promissory Note DUE-
Date: Mon, 11 May 2020 15:15:33 -0500

I apologize they did not accept it.  Printer had issues.  As the address is not apart of the payee, they seemed a bit sensitive.

New check in the mail as requested.

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Sat, May 9, 2020 at 9:51 AM yragtraders@juno.com <yragtraders@juno.com> wrote:
  Scott:

  Attempted to deposit check this morning and bank rejected it because it was  "modified" in two location.  (see attachment for clarification)

  Please reissue a new check and include the wire transfer fee of $20.00 from your fund transfer of April.

  Send by "overnight mail"  USPS.

80023

Gary

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: Gary Kimmelman <yragtraders@juno.com>
Subject: Re: Promissory Note DUE-
Date: Tue, 5 May 2020 13:47:51 -0500

I already mailed you the monthly payment with the understanding from our previous conversation of the extension.

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ext 1
skrone@codamg.com

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Tue, May 5, 2020, 1:28 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
 Payment is due on Friday. $225,000.00 +  $3150.00 +  (wire transfer fees- April/May)  $40.00     $228,190.00

 Are you looking for an extension or closing this transaction?

 Gary

 ---------- Original Message ----------
 From: Scott Krone <skrone@codamg.com>

80024

To: "yragtraders@juno.com" <yragtraders@juno.com>
Subject: Re: Promissory Note DUE
Date: Thu, 9 Apr 2020 09:07:59 -0500

wire sent


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Wed, Apr 8, 2020 at 11:07 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
Gary Kimmelman

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: "yragtraders@juno.com" <yragtraders@juno.com>
Subject: Re: Promissory Note DUE
Date: Wed, 8 Apr 2020 14:30:36 -0500

Money was deposited today.  The first email does not state the Name on the Account - please advise.   Thank you.



Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com

80025

FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Mon, Apr 6, 2020 at 4:03 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
  Look at email    Option 1  all transfer information is there.

  In addition, the monthly interest of $3150.00 and should be mailed  Gary Kimmelman  48 hours  prior to the 9th of May/June/July if additional extension is needed.

                                 9331  A  Neil  Road
                                 Philadelphia, PA 19115


  ---------- Original Message ----------
  From: Scott Krone <skrone@codamg.com>
  To: "yragtraders@juno.com" <yragtraders@juno.com>
  Subject: Re: Promissory Note DUE
  Date: Mon, 6 Apr 2020 14:58:50 -0500

  Gary,

  I received confirmation the funds will hit my account in 2-3 days.  I can wire you the funds.  Please provide wire instructions.


  Scott Krone
  Coda Management Group
  600 Waukegan Road
  Suite 129
  Northbrook, IL. 60062

  847.272.7775 ex 1
  skrone@codamg.com
  www.codamg.com
  FaceBook Coda Management Group


  Development | Sustainability | Management | Author


  Confidentiality Notice:
  This email and its attachments (if any) may contain confidential information of the sender which is legally privileged.

5

80026

The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Sat, Apr 4, 2020 at 10:04 AM Scott Krone <skrone@codamg.com> wrote:
 Gary,

 I have made arrangements to move $19,928.44 out of the market to make a payment to you.   I authorized it yesterday, and am awaiting confirmation of disbursement.  I will send you the money upon receipt.  I will send you the monthly payments.


 Scott Krone
 Coda Management Group
 600 Waukegan Road
 Suite 129
 Northbrook, IL. 60062

 847.272.7775 ex 1
 skrone@codamg.com
 www.codamg.com
 FaceBook Coda Management Group


 Development | Sustainability | Management | Author


 Confidentiality Notice:
 This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

 On Thu, Apr 2, 2020 at 9:47 AM yragtraders@juno.com <yragtraders@juno.com> wrote:
  Scott Krone:


  Have an opportunity to buy an interest in a shopping center in Atlanta, Georgia.

  I'm giving you the opportunity to match their APY ( 16.85%) offer or make the closing payment next week.

6

80027

These are your Options moving forward if you would like to extend the term of the note or make the necessary payment on the 9th.

Option 1.  Transfer full amount of Note  ($ 244,928.44)   USD  as of 4/9/2020

| | |
|---|---|
| Beneficiary Bank: | KEY BANK NA |
| | 4910  TEIDEMAN  ROAD |
| | BROOKLYN,  OHIO  44144 |
| Wire Transfer Dept. | (800)   447 3817 |
| ABA  # | 0 2 1 3 0 0 0 7 7 |
| Acct # | 3 8 8 6 0 0 3 3 3 3 5 4 |
| Bank Address | 9800  Bustleton Avenue |
| | Philadelphia, PA 19115 |

-----------------------------------------------------------------------------------------------------------------------------------------------------------------

OPTION 2

1.  Principal  Amount  $225,000.00    accrued interest of  $19,717.50 to be sent directly in two (2) personal checks.
    $ 9,800.00   the second   $ 9917.50    please send certified

Interest rate moving forward will be 1.4% (one and four tenths percent)  on unpaid Balance of principal Amount

2. Payments to be paid monthly in the amount of $3150.00 USD to    Gary Kimmelman       due the 9th day of each month
                                        9331  A  Neill Road
                                        Philadelphia, PA 19115

3.Collateral:     secondary Guarantor Sharon P. Krone   which will cover all real property owned as joint tenants in common.

80028

The term is a month to month and payable on demand by Payee ( Gary Kimmelman) within 24 hours of request

------------------------------------------------------------------------------------------------------------------------------------------

Option 3     Transfer of Class A ownership interest (5%) in two of the three investments listed (Wisconsin / Superior / or Landale of Platform II)

For limited value of $200,000.00   All accrued interest ( $19,928.44)/principal ( $25,000.00)  will be directly transferred as stated  in Option 1  $44,928.44

------------------------------------------------------------------------------------------------------------------------------------------
 If there are other Options you would like to pursue,   list them for me to review.

Gary Kimmelman

---------- Original Message ----------

From: Scott Krone <skrone@codamg.com>
To: Gary Kimmelman <yragtraders@juno.com>
Subject: Re: Promissory Note
Date: Fri, 6 Sep 2019 09:59:28 -0500

Yes and confirmed

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ext 1
skrone@codamg.com

[OBJ]

Development | Sustainability | Management | Author

80029

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Fri, Sep 6, 2019, 9:23 AM yragtraders@juno.com <yragtraders@juno.com> wrote:
 Scott:

 Is North Shore Community Bank, the same as Wintrust Bank?

 Confirm the numbers below are correct for the wire transfer.

 Gary

 ---------- Original Message ----------
 From: Scott Krone <skrone@codamg.com>
 To: "yragtraders@juno.com" <yragtraders@juno.com>
 Subject: Re: Promissory Note
 Date: Thu, 5 Sep 2019 18:29:39 -0500

 Thanks for the call.

 See attached.  I changed the date to the 9th since you will be funding on that day.

 North Shore Community Bank
 c/o Coda Design + Build
 1145 Wilmette Avenue
 Wilmette, IL  60091

 071925444
 3805810987

 Thanks



 Scott Krone
 Coda Management Group
 600 Waukegan Road
 Suite 129
 Northbrook, IL. 60062

 847.272.7775 ex 1
 skrone@codamg.com

80030

www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Thu, Sep 5, 2019 at 5:05 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
 Scott:

 Needed to make adjustment to Percentage rate.

 I'm presently receiving 2. % on the $225,000.00 amount in question.  ( $ 2250.00)

 This an additional monthly amount of $375.00 must be added to the monthly interest in order for me not to loss that amount of interest and net the thirteen %

 I've attached the revised document.

 If you want to move forward,   execute and return with instructions as to where the funds are to be sent.

 Gary



 ---------- Original Message ----------
 From: Scott Krone <skrone@codamg.com>
 To: "yragtraders@juno.com" <yragtraders@juno.com>
 Subject: Re: Call
 Date: Thu, 5 Sep 2019 13:16:34 -0500

 Sounds good - see attached Promissory Note as we discussed.



 Scott Krone
 Coda Management Group
 600 Waukegan Road
 Suite 129
 Northbrook, IL. 60062

80031

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Thu, Sep 5, 2019 at 8:47 AM yragtraders@juno.com <yragtraders@juno.com> wrote:
I was out of town over the holiday.   Will touch base with you after 3 pm (your time) today.

In the mean time, email me the information related to the loan before we talk..


Gary

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: Gary Kimmelman <yragtraders@juno.com>
Subject: Call
Date: Tue, 3 Sep 2019 12:18:34 -0700

Gary,


I've tried calling you a few times. It answers then disconnects. I got the answer on the timing if you have time today to discuss.


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062
847.272.7775 ext 1
skrone@codamg.com

80032



Development | Sustainability | Management | Author

Confidentiality Notice:

This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.



**$4.95 Natural Painkiller Working "Better Than Oxy"**

worldhealthlabs.com

http://thirdpartyoffers.juno.com/TGL3132/5d7111c2cfe4811c2763bst03vuc

Sponsored Links ⓘ

_____

Top News - *Sponsored By Newser*

- **Meat Shortage Affecting One Fast-Food Chain's Menus**
- **Small Montana School Is Reopening for Students**
- **Chris Christie: We Must Accept Deaths to Save America**

_____

Top News - *Sponsored By Newser*

- **Fox Anchor Out Amid Sexual Misconduct Accusations**
- **Doomed Groom May Have Infected 100 at His Wedding**
- **2 Black Kids Played in a Hotel Pool. The Cops Were Called**

12

80033

# EXHIBIT 3

**M. Reas Bowman**

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Wednesday, June 2, 2021 3:49 PM
**To:** M. Reas Bowman
**Subject:** Fwd: Final Payment Due On Demand

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

---------- Forwarded message ---------
From: **yragtraders@juno.com** <yragtraders@juno.com>
Date: Fri, Sep 4, 2020 at 10:12 AM
Subject: Re: Final Payment Due On Demand
To: <skrone@codamg.com>

What exactly is "see below"

   **New monthly payment is supposed to be $3670.00 not  Mistakenly written as $3270.00**

**Will need you to forward August  (in arrears ) and Septembers payment on or before the 9th, or this extension is null and void and will proceed with collection.**

**We will also need to see your proposals that you claim are being conjured up by Jeffrey for review to the benefit of BOTH parties**

1

80035

**WE need to have collateral,  your word  isn't  worth anything at this time.**


Gary



---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: "yragtraders@juno.com" <yragtraders@juno.com>
Subject: Re: Final Payment Due On Demand
Date: Thu, 3 Sep 2020 19:38:28 -0500

See below



Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Tue, Sep 1, 2020 at 7:29 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
 Extension granted until  January 9, 2021  with new monthly payment. ~~due to your financial problem that appears to be now ours.~~

 New monthly payment $3270.00  USD  ~~for the extension and loss of the pending financial opportunity.~~
 -
 ~~There is NOTHING remotely illegal and it's possible for you to pay this amount, considering your $100,000.00 increase in your management fees listed on your Kentucky  Pro Forma document along with the $292,000.00 in soft costs that go unexplained.~~
 -

80036

~~I'll need a Quitclaim Deed as my security, on your primary residence (631 Lake Avenue, Wilimette Il ),  that is to be notarized and signed by both you and your wife, and registered with the Cook county Recorder of Deeds to be forwarded to my mailing address,~~

~~In the event you fail to make the necessary balloon payment on January 9, 2021;  on January 10th the property, will be listed for sale.  If payment is made the 9th, "Deed"   will be returned to you.~~

~~You will need to forward $7340.00 immediately for August and September   NO CHECKS FROM CODA DESIGN & BUILD~~

~~This Entity is not part of this transaction as previously stated and will not be drawn in to your tax filing,  this is a PERSONAL transaction and not with CODA.!~~

Its a pleasure working this out to mutual satisfaction.

Gary

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: "yragtraders@juno.com" <yragtraders@juno.com>
Cc: AMartynenko@aol.com, robertcl.young@gmai.com
Subject: Re: Final Payment Due On Demand
Date: Tue, 1 Sep 2020 18:24:51 -0500

Gary,

In order to answer your questions:

1.  I will not tolerate any kind of implied or veiled threats towards me or my family.  This is a business traction.  I will look to enforce my rights with respect to these threats.
2.  The money was used for legal matters.  There was no restriction in the note regarding the use.  However, I did disclose to you what is was intended for when we came to terms, and you subsequently increased the terms.
3.  I have been delayed, as I have previously attempted to advise you, due to delays with the courts due to Covid.  I have won the case.
4.  I understand you want your money back, of which I am working diligently to accomplish - see #3.
5.  I have continued to pay you the agreed upon amount each month $3,170 which is 17% in a pandemic market.
6.  It benefits neither of us to involve further litigation as it will only delay you receiving your money.

I am proposing to continue to pay you the agreed upon amount.  I know you want assurances you will get paid, my attorneys are working on that exact resolution as we speak.  What you are now asking for is either not legally possible as I do not have any unencumbered assets.  I propose a 6 month extension.


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com

80037

FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.


On Mon, Aug 31, 2020 at 11:54 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
I'm sure you'll do the right thing, avoiding any further discussion about your financial problems, FINAL PAYMENT IN FULL IS Due ON OR BEFORE  THE 9TH and I will thank you for your prompt payment

What exactly is your position???   What happened to the $225,000.00 ??  You haven't  answered the question, but will be asked again on your visit the the "City of Brotherly Love", .to defend your "POSITIONS".

We are affording you this opportunity, because we are curious as to what you are going to conjure up as beneficial to both parties.

When can I tell the investors, they will be able to review your proposals???    Hopefully by Wednesday at the latest, so they can decide what to do with your situations

So far, your just  talk,  try "to make it better",   Is there a recording of these alleged veiled threats, you are referring too ?   Exactly which PD are you referring too,  Philadelphia or Chicago make sure you tell them about the phony Legal issues  and the $235,080.00 owed to investor that your refusing to pay.

Your going to pay it and resolve the issue and move forward,  or refusal to make the necessary payment putting this situation into the hands of others.

This is PA Law contract,   I hope your attorney has a license to practice law in PA.  plus all the legal fees attached to our legal filings as agreed by you.


G.

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: "yragtraders@juno.com" <yragtraders@juno.com>, AMartyn@aol.com,  Jeff Galkin <jgalkin@lgattorneys.com>
Subject: Re: Final Payment Due On Demand
Date: Mon, 31 Aug 2020 19:52:43 -0500

Gary,

80038

As promised I spoke with Jeff late this evening when I was able to reach him.  He is reviewing the matter, including both your threats towards me and your veiled threats towards my family.  Cease and desist, or I will call the police.

We are working on a resolution that will work for both parties, however, your continued threats alter the course of my conversations with him.


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Mon, Aug 31, 2020 at 4:45 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
  "Make It Better"

  ---------- Original Message ----------
  From: Scott Krone <skrone@codamg.com>
  To: Gary Kimmelman <yragtraders@juno.com>
  Cc: AMartyn@aol.com, robertcl.young@gmai.com
  Subject: Re: Final Payment Due On Demand
  Date: Sat, 29 Aug 2020 09:20:15 -0500

  Gary,

  As a follow to our call yesterday.  I understand your position.  I have forwarded this email to my attorney, and will review as well.

  In addition, I do not take lightly physical threats to either myself or my family.

  As I and my attorney advised you, he had a covid death in his family this week.  I will review your emails this weekend and hope to talk with him on Monday, so we can respond.

80039

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ext 1
skrone@codamg.com

OBJ

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged.
The information is intended only for the use by the direct addressees of the original sender of this email. If you are
not an intended recipient of the original sender (or responsible for delivering the message to such person), you are
hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the
contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product
privilege by the transmission of this email. If you have received this email in error, please immediately notify the
sender and permanently delete any copies of this email (digital or paper) in your possession.

On Fri, Aug 28, 2020, 2:31 PM yragtraders@juno.com <yragtraders@juno.com> wrote:
 This communication is to reiterate our conversation this afternoon requesting an attorney to contact
 Jeffrey Galkin, related to your attempt to not make the required payment of $235,080.00 USD that is
 due on or before September 9. 2020 if an extension isn't granted.

 Undisputed Facts:

 You have been given the appropriate notification on April 8, 2020 ( additional 3 months until July 9th) of
 the requested extension of time because of your stated legal issues with an attorney, but failed to provide
 any meaningful explanation other than the "court has ruled in your favor", and the July 17th date is when
 this matter should be resolved.

 You also stated, these funds due, would be sufficient to satisfy the loan amount and draw this matter to
 conclusion.

 July 2, 2020 at the conclusion of the extension of time, a new note was forwarded to you, one week prior
 to the July 9, 2020 payment date, that allow you sufficient time to discuss these new terms.

 You, unilaterally decided to ignore what was sent to you, and make a partial payment related to the new
 terms and payment schedule.

 The question that needs to be answered is, **What did you do with the funds???**

80040

You chose to hide behind Jeffrey Galkin, which makes you a untrustworthy, that we/us/them will have to deal with on a much different level.

As previously stated, the new monthly payment is $3915.00 USD that started on August 9, 2020 and will continue until January 9, 2021.at which time a balloon payment of $225,000.00 due.

If you don't like this new payment arrangement, that is fine, make the final payment as listed above, and this unfortunate matter can be brought to its conclusion on or before September 9th.

Gary.

_____

Top News - Sponsored By Newser

- **Images From Friday's March on Washington**
- **2 More Companies Announce Layoffs**
- **Rand Paul: Cops Just Saved My Life**

_____

Top News - Sponsored By Newser

- **New York Draws Matrix for Police Punishments**
- **Tip Leads to Pool Party With Hundreds of People, Zero Masks**
- **He Shot the Elk on Saturday. It Killed Him the Next Day**

_____

Top News - Sponsored By Newser

- **Trump: I Didn't Call US War Dead 'Suckers'**
- **Professor Admits Pretending to Be Black**
- **Boy Tells School Counselor He Saw Father Kill Mother**

80041

# EXHIBIT 4

**M. Reas Bowman**

| | |
|---|---|
| **From:** | Scott Krone <skrone@codamg.com> |
| **Sent:** | Wednesday, June 2, 2021 3:43 PM |
| **To:** | M. Reas Bowman |
| **Subject:** | Fwd: Final Payment Due On Demand |

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

---------- Forwarded message ---------
From: **yragtraders@juno.com** <yragtraders@juno.com>
Date: Sat, Aug 29, 2020 at 11:55 AM
Subject: Re: Final Payment Due On Demand
To: <skrone@codamg.com>

What exactly is your position, regarding the final payment with accrued interest???

Make sure your response is in writing and detailed.

You haven't answered the question:    Where did the $225K  go,   and why isn't it available now???

This is the third time asking.

You should listen to the Beatles song  Maxwell's Silver Hammer.

1

80043

---------- Original Message ----------
From: Scott Krone <skrone@codamg.com>
To: Gary Kimmelman <yragtraders@juno.com>
Cc: AMartyn@aol.com, robertcl.young@gmai.com
Subject: Re: Final Payment Due On Demand
Date: Sat, 29 Aug 2020 09:20:15 -0500

Gary,

As a follow to our call yesterday.  I understand your position.  I have forwarded this email to my attorney, and will review as well.

In addition, I do not take lightly physical threats to either myself or my family.

As I and my attorney advised you, he had a covid death in his family this week.  I will review your emails this weekend and hope to talk with him on Monday, so we can respond.


Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ext 1
skrone@codamg.com


[OBJ]


Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.


On Fri, Aug 28, 2020, 2:31 PM yragtraders@juno.com <yragtraders@juno.com> wrote:

80044

This communication is to reiterate our conversation this afternoon requesting an attorney to contact Jeffrey Galkin, related to your attempt to not make the required payment of $235,080.00 USD that is due on or before September 9. 2020 if an extension isn't granted.

Undisputed Facts:

You have been given the appropriate notification on April 8, 2020 ( additional 3 months until July 9th) of the requested extension of time because of your stated legal issues with an attorney, but failed to provide any meaningful explanation other than the "court has ruled in your favor", and the July 17th date is when this matter should be resolved.

You also stated, these funds due, would be sufficient to satisfy the loan amount and draw this matter to conclusion.

July 2, 2020 at the conclusion of the extension of time, a new note was forwarded to you, one week prior to the July 9, 2020 payment date, that allow you sufficient time to discuss these new terms.

You, unilaterally decided to ignore what was sent to you, and make a partial payment related to the new terms and payment schedule.

The question that needs to be answered is,    **What did you do with the funds???**

You chose to hide behind Jeffrey Galkin, which makes you a untrustworthy, that we/us/them will have to deal with on a much different level.

As previously stated, the new monthly payment is $3915.00 USD that started on August 9, 2020 and will continue until January 9, 2021.at which time a balloon payment of $225,000.00 due.

If you don't like this new payment arrangement, that is fine, make the final payment as listed above, and this unfortunate matter can be brought to its conclusion on or before September 9th.

Gary.

_____

Top News - Sponsored By Newser

- **Images From Friday's March on Washington**
- **2 More Companies Announce Layoffs**
- **Rand Paul: Cops Just Saved My Life**

80045

# EXHIBIT 5

**M. Reas Bowman**

| | |
|---|---|
| **From:** | yragtraders@juno.com |
| **Sent:** | Thursday, December 31, 2020 2:04 PM |
| **To:** | M. Reas Bowman |
| **Cc:** | robertcl.young@gmail.com |
| **Subject:** | RE: Kimmelman v. Krone - payoff request |

Mr. Bowman:

Robert, is out of the area at present and will be returning after the January 5th,  I'm responding to your email.

In you possession is our court filing.(CCP Nov. 2020 # 201101514) that was rejected several times by a Krone family member.

Please respond in writing, as the document instructs, as to your defenses of Krone/Coda's actions, as of this date we have yet to receive any response.

You will also need to provide verification as to your license to practice law in the state of Pennsylvania, as we move for a trial date.

Any further negotiations will have to include severing all ties of the Payee and Yragtraders LLC, with Coda Holdings/Krone  including the  Platform II Lawndale project. with a $10,000,000.00 market value and Yragtraders LLC  3.75 % equity share.

Thank you for an immediate response to our instructions


Gary




---------- Original Message ----------
From: "M. Reas Bowman" <rbowman@lgattorneys.com>
To: "robertcl.young@gmail.com" <robertcl.young@gmail.com>
Cc: "Jeff Galkin (Levin Ginsburg)" <jgalkin@lgattorneys.com>, "yragtraders@juno.com" <yragtraders@juno.com>
Subject: RE: Kimmelman v. Krone - payoff request
Date: Mon, 28 Dec 2020 23:35:53 +0000

Robert and Gary,


I'm following up on my request below, to both confirm Robert's representation in this matter, and to get an updated loan payoff amount from Gary. That payoff can be for December 31, 2020, with a per diem interest amount.

80047

M. Reas Bowman

## LEVIN GINSBURG

180 N. LaSalle St., Suite 3200
Chicago, Illinois 60601-2800
Office: 312-368-0100

Cell: 773-960-1642
www.lgattorneys.com

This e-mail is intended only for the person or entity to whom it is directed. It may contain information that is attorney/client privileged, confidential or exempt from disclosure. Dissemination or copying of this e-mail other than by the intended recipient or its duly designated employee or agent is prohibited. If you are not the intended recipient, please notify us immediately and permanently delete this e-mail and any attachments.

This e-mail or any attachments may contain viruses or other illicit code, may have been modified without our consent, and except as may be provided above, does not reflect an intention to conduct a transaction or make an agreement, does not satisfy the requirements for contract formation or a writing, and does not constitute a contract or electronic signature under any applicable law governing electronic transactions.

---

**From:** M. Reas Bowman
**Sent:** Wednesday, December 23, 2020 5:40 PM
**To:** 'robertcl.young@gmail.com'
**Cc:** Jeff Galkin (Levin Ginsburg)
**Subject:** Kimmelman v. Krone - payoff request

Mr. Young,

This law firm represents Scott Krone, and I wanted to confirm that you represent Gary Kimmelman in the attached action filed in the Court of Common Pleas of Philadelphia.

If so, Mr. Krone has asked that I obtain a payoff amount for the loan underlying this action. As much detail as you can provide about how that payoff is calculated will help in resolving this matter.

Please feel free to call or email me with any questions.

M. Reas Bowman

## LEVIN GINSBURG

180 N. LaSalle St., Suite 3200
Chicago, Illinois 60601-2800
Office: 312-368-0100

80048

Cell: 773-960-1642
www.lgattorneys.com

This e-mail is intended only for the person or entity to whom it is directed. It may contain information that is attorney/client privileged, confidential or exempt from disclosure. Dissemination or copying of this e-mail other than by the intended recipient or its duly designated employee or agent is prohibited. If you are not the intended recipient, please notify us immediately and permanently delete this e-mail and any attachments.

This e-mail or any attachments may contain viruses or other illicit code, may have been modified without our consent, and except as may be provided above, does not reflect an intention to conduct a transaction or make an agreement, does not satisfy the requirements for contract formation or a writing, and does not constitute a contract or electronic signature under any applicable law governing electronic transactions.

_____

Top News - Sponsored By Newser

- **GOP Senator Slams Colleague's 'Dangerous Ploy'**
- **Ford Drops Pickup Ads for 'Finish Strong' COVID Campaign**
- **NYPD: Don't Try to Come to Times Square This NYE**

80049

Attn:  M. Reas Bowman Esq.

The following is a Total Pay Off,  including Mr. Kimmelmans' equity interest in Platform II Lawndale.

Facts:        Without Court Award/Judgment

There are 16 payment periods before September 9, 2020 and January 9, 2021.

We have received 15 payments of various interest amounts, the check for August 2020 was returned as "stop payment #2". See check # 1740 hence, only 14 payments were credited.  Two payment are still outstanding and due immediately.  (missing payments– Aug. 20/Jan.21 )

Therefore the final  pay off amount is:      $225,000.00 plus the following charges.   $225,000.00

| | | | | | | |
|---|---|---|---|---|---|---|
| (August) | 2020 | (stop payment) | (arrears) | $ 3,915.00 | | |
| September | 2020 | $3915.00 - **$3270.00** | (arrears) | $   645.00 | wire fee | $20.00 |
| October | 2020 | $3915.00 - **$3270.00** | (arrears) | $   645.00 | wire fee | $20.00 |
| November | 2020 | $3915.00- **$3270.00** | (arrears) | $   645.00 | wire fee | $20.00 |
| December | 2020 | $3915.00- **$3270.00** | (arrears) | $   645.00 | wire fee | $20.00 |
| (January) | 2021 | $3915.00 ( unpaid) | (arrears) | $ 3,915.00 | wire fee | $20.00 |

**Unsolicited Payments (BOLD NUMBERS)**        $ 10,410.00  + $100.00  = $ 10,510.00

| | |
|---|---|
| Origination fee  1%  as specified in agreement 7/9/2020 | $   2,250.00 |
| Legal Fees   13.5 hours @ $290.00/hour | $   3,915.00 |
| 6% interest as specified in filing | $ 13,500.00 |
| Loss of revenue    $65,000.00 – $ 13,080.00  (interest paid  Sept.20-Dec.20) | $ 51,920.00 |
| Lawndale Platform II | $ 265,000.00 |
| | $ 572,095.00 |

TOTAL PAY OFF AMOUNT  INCLUDES SEVERING  OF ALL FINANCIAL TIES WITH SCOTT KRONE/CODA HOLDINGS/CODA DESIGN & BUILD.   **$572,095.00.**  We will send payment instructions.

$130.50/ per day interest accrues after the payoff date of January 9,2021

Banking Instructions attached to document #2

80050