# EXHIBIT C

# Defendant's Document Requests to Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY KIMMELMAN<br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT KRONE<br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 2:21-CV-01142-CDJ |

**DEFENDANT SCOTT KRONE'S REQUEST TO PLAINTIFF**
**FOR THE PRODUCTION OF DOCUMENTS**

To:　　Michael D. LiPuma, Esquire
　　　　Attorney for Plaintiff Gary Kimmelman

**PLEASE TAKE NOTICE** that Defendant Scott Krone requests that Plaintiff Gary Kimmelman, serve responses to the requests herein and produce the requested documents, within 30 days of the date of service of these requests, at the offices of Fineman Krekstein & Harris, P.C.

**DEFINITIONS**

The following definitions shall apply throughout this document:

1.　"Defendant" as used herein, shall mean Defendant Scott Krone and all other persons or entities acting on his behalf.

2.　"Plaintiff", "you" and "your" shall mean Plaintiff Gary Kimmelman and all other persons or entities acting on his behalf.

3.　The "Note" means the Promissory Note dated September 9, 2019 identifying Scott Krone as "Maker" and Gary Kimmelman as "Payee" and attached to Plaintiff's Complaint in this action as Exhibit "A".

{01761484;v1}

4. The word "document" or "documents" means all documents within the scope of F.R. Civ. P. 34, and includes, but is not limited to all written, typed, printed, recorded or graphic statements, communications, emails, electronically stored documents or other matters, however produced or reproduced, in your possession, custody, or control, including, without limitation, all writings; studies; analyses; tabulations; evaluations; reports; reviews; ledgers; accounts; costs sheets; financial statements or reports; and any other document, writing, or other data compilation of whatever description, including but not limited to any information contained in any computer, although not yet printed out, or in the memory units containing such data from which information can be obtained or translated into reasonable usable form, and all drafts and non-identical copies of the foregoing.

**REQUESTS**

1. Each and every document showing or reflecting any payment made to you with respect to or on account of the Note by or on behalf of Plaintiff.

2. All statements of account, ledgers, books, records or similar documents showing, reflecting or evidencing each and every payment made to you by or on behalf of Plaintiff, and with respect to each payment

3. To the extent not otherwise produced in response to Requests 1 and 2 above. each and every document indicating how you applied or accounted for each and every payment made to you with respect to the Note by or on behalf of Plaintiff.

4. All ledgers, reports, account records and similar documents relating to or pertaining to or evidencing payments received by you on account of the Note.

                                  FINEMAN KREKSTEIN & HARRIS, P.C.

BY: /s/ Stanley B. Edelstein

STANLEY B. EDELSTEIN
PA ID# 26373
1801 Market Street, Suite 1100
Philadelphia, PA 19103
215-893-8739
sedelstein@finemanlawfirm.com

Attorney for Defendant Scott Krone

{01761484;v1}   3

## CERTIFICATE OF SERVICE

Stanley B. Edelstein hereby certifies that on the date indicated below he caused the foregoing First Request to Plaintiff for Production of Documents to be served upon the following by email and by First Class Mail addressed to:

>Michael D, LiPuma, Esquire
>325 Chestnut Street, Suite 1109
>Philadelphia, PA 19106

>/s/ Stanley B. Edelstein

DATED: June 9, 2021