IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY KIMMELMAN, | : |
| Plaintiff, | : 2:21-CV-1142-CDJ |
| v. | : |
| SCOTT KRONE, | : |
| Defendant. | : |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY

Plaintiff Gary Kimmelman hereby respectfully moves for leave to file the attached Reply papers in further support of his Motion for Summary Judgment. Plaintiff seeks leave to file this Reply in order to respond to the "Additional Facts" that Defendant Krone has set forth in his Response. Defendant's Krone counsel has stated he has no objection to the filing of a Reply.

WHEREFORE, Plaintiff respectfully requests leave to file the Reply papers in the form attached as Exhibit 1 hereto.

Respectfully submitted,

Dated: 6-15-21   /s Michael LiPuma

Michael LiPuma, Esq.
Pa. Bar I.D. 74790
325 Chestnut Street, Suite 1109
Philadelphia, PA  19106
(215) 922-2126
mlipuma@lipumalaw.com

## **CERTIFICATE OF SERVICE**

I certify that on 6-15-21, I caused a copy of the foregoing document, together with all supporting papers, to be served by ECF upon the following:

>Stanley Edelstein, Esq.
>Fineman Krekstein & Harris
>1801 Market Street
>Suite 1100
>Philadelphia, PA  19103

>/s Michael LiPuma
>Michael LiPuma, Esq.