# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY KIMMELMAN,** : | |
| : | |
| Plaintiff, : | 2:21-CV-1142-CDJ |
| : | |
| v. : | |
| : | |
| **SCOTT KRONE,** : | |
| : | |
| Defendant. : | |

## ORDER ON MOTION FOR LEAVE TO FILE REPLY

AND NOW, this _____ day of _____, 2021; this Court having considered Plaintiff's Motion for Leave to File A Reply in further support of his Motion for Summary Judgment; and Defendant having no objection; it is hereby ORDERED that the Motion is GRANTED. Plaintiff may file the Reply papers in the form attached as Exhibit 1 to his Motion

_____
Jones, U.S.D.J.