# Exhibit 1—Proposed Sur Reply Brief

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| GARY KIMMELMAN | : | CIVIL ACTION |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | NO. 2:21-CV-01142-CDJ |
|  | : |  |
| SCOTT KRONE | : |  |
| Defendant. | : |  |
|  | : |  |

**DEFENDANT SCOTT KRONE'S SUR-REPLY BRIEF TO PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Notwithstanding Plaintiff's arguments in his Reply Brief, the issue isn't whether Mr. Krone agreed to a new promissory note, but rather the amount due to Plaintiff. Mr. Krone admits that he owes some amount of money to Plaintiff, but that is not enough for the Court to enter judgment: Plaintiff must satisfy the Court that it has proven an amount for which judgment—even a partial one—may be entered.

Mr. Krone has repeatedly asked Mr. Kimmelman for an accounting to show how he applied the money that Mr. Krone has paid him, but has yet to receive one. Instead, Plaintiff has made oblique references to demands, saying the amounts are clear. They are not clear.

If Plaintiff wants judgment in any amount, he must provide proof to the Court that he is entitled to that amount.

In his response in opposition to the summary judgment motion, undersigned counsel said he would be serving document requests upon Plaintiff no later than June 29th,[1] and he has done so. And while one would assume Plaintiff would want to get the requested information before the

---

[1] Response Memorandum at 4, with requests set forth in n.2

Court, he has not responded to those requests. Because the requests seek information concerning how Plaintiff applied the amounts Mr. Krone paid, Plaintiff's failure to respond speaks loudly.

It may be that a Rule 16 Conference or settlement conference before a Magistrate Judge would readily dispose of this action without the need for further work from the Court, but as to the question before the Court right now, Plaintiff has not met its burden of proof. The summary judgment motion should be denied.

        Respectfully submitted,

        FINEMAN KREKSTEIN & HARRIS, P.C.

BY:   /s/ Stanley B. Edelstein

        STANLEY B. EDELSTEIN
        PA ID# 26373
        1801 Market Street, Suite 1100
        Philadelphia, PA 19103
        215-893-8739
        sedelstein@finemanlawfirm.com

        Attorney for Defendant Scott Krone

## **CERTIFICATE OF SERVICE**

I, Stanley B. Edelstein, hereby certifies that on the date indicated below he caused the foregoing to be served by ECF upon the following:

> Michael D, LiPuma, Esquire
> 325 Chestnut Street, Suite 1109
> Philadelphia, PA 19106

/s/ Stanley B. Edelstein

DATED: October 4, 2021